NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**EMCORE CORPORATION,**
*Appellant*

v.

**NICHIA CORPORATION,**
*Appellee*

14-1508
(Serial no. IPR2012-00005 )

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

ON MOTION

O R D E R

Upon consideration of the Appellant, Emcore Corporation's unopposed motion to extend time to file their principal brief until August 27, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                                FOR THE COURT

June 27, 2014                  <u>/s/ Daniel E. O'Toole</u>
                                    Daniel E. O'Toole
                                    Clerk of Court