NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMCORE CORPORATION,**
*Appellant,*

**v.**

**NICHIA CORPORATION,**
*Appellee,*

AND

**MICHELLE K. LEE, DEPUTY UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DEPUTY DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE,**
*Intervenor.*

---

2014-1508

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2012-00005.

---

**ON MOTION**

---

**O R D E R**

2                    EMCORE CORPORATION v. NICHIA CORPORATION

The Deputy Director of the U.S. Patent and Trademark Office ("PTO") moves to intervene in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.  The revised official caption is reflected above.

(2) The appeal shall proceed according to the current briefing schedule.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s30